(Rev. 8/13/09)
ORIGINAL
FILED
FEB 2 2 2016
United States Bankruptcy Court
San Jose, California

# United States Bankruptcy Court
*for the Northern District of California, San Jose Division*

In re **Kim Narog**
Debtor(s)

Case No. 15-54015

**CHAPTER 13 PLAN**

1. **Plan Payments by Debtor.** The future earnings of the debtor(s) are submitted to the supervision and control of the trustee.
The debtor(s) will pay to the trustee [☐ pay order ■ direct pay] the sum of $ 6390.00 each month.

2. **Disbursements by Trustee.** From the payments received, the trustee will make disbursements as follows:

    (a) On allowed claims for expenses of administration required by 11 U.S.C. § 507(a)(2). Initial attorneys fees are requested in the amount of $ 0.00 .

    (b) On allowed secured claims, which will be treated and valued, as follows:

| Creditor | Collateral | Compromise of Claim Described in §1325(a)(9) | Value of Collateral | Estimated Arrears | Adequate Protection | Time Value of Money (Interest) |
|---|---|---|---|---|---|---|
| Washington Mutual | Lien | The true creditor has not come forward. | 1,550,000.00 | 0 | 425 | 3% |
| Countrywide | Lien | The true creditor has not come forward. | 1,150,000.00 | 0 | 1650 | 3% |
| Countrywide | Lien | The true creditor has not come forward. | 1,350,000.00 | 0 | 1200 | 3% |
| Countrywide | Lien | The true creditor has not come forward. | 550,000.00 | 0 | 540 | 3% |
| Countrywide | Lien | The true creditor has not come forward. | 580,000.00 | 0 | 450 | 3% |
| Countrywide | Lien | The true creditor has not come forward. | 350,000.00 | 0 | 350 | 3% |

    (c) The debtor(s) propose the following compromise modifying the amounts payable on secured claims provided in paragraph 2(b). The debtor(s) acknowledge that this plan provision does not alter the other rights provided to holders of secured claims pursuant to 11 U.S.C. §§ 506 and 1325(a)(5)(b) or in the event of conversion.

| Creditor | Collateral | Value |
|---|---|---|
|  |  |  |
|  |  |  |

    (d) On allowed priority unsecured claims specified in 11 U.S.C. § 507.

Page 1

(e) On allowed general unsecured claims, as follows:
- ☐ A percentage plan at the rate of ___ cents on the dollar. The estimated term of the plan is _____ months.
- ☒ A pot plan, paying the sum of $ 6390.00 payable over 60 months, distributed pro rata, in amounts determined after allowed administrative, secured and priority unsecured claims are paid. The plan payments will continue at the highest monthly payment amount provided in paragraph 1 as necessary to complete the plan within 60 months of confirmation.

3. **Rejection of Executory Contracts and Leases and Surrender of Secured Collateral**. The debtor(s) elect to reject the following executory contracts or leases and surrender to the named creditor(s) the personal or real property that serves as collateral for a claim. The debtor(s) waive the protections of the automatic stay and consent to allow the named creditor(s) to obtain possession and dispose of the following identified property or collateral without further order of the court. Any allowed unsecured claim for damages resulting from rejection will be paid in accordance with paragraph 2(e).

| Creditor | Collateral/Executory contracts or leases |
|---|---|
| Expert Solution Products | $ 5000.00 |
|  |  |

4. **Direct Payments by Debtor**. The debtor(s) will pay directly the following secured creditors, lessors, or creditors holding long-term debt:

| Creditor | Monthly Payment |
|---|---|
|  |  |
|  |  |

5. **Effective Date of Plan**. The date this case was filed will be the effective date of the plan as well as the date when interest ceases accruing on unsecured claims against the estate.

6. **Vesting of Estate Property**. The debtor(s) elect to have property of the estate revest in the debtor(s):
- ☒ at such time as a discharge is granted or the case is dismissed.
- ☒ upon plan confirmation.

Once property revests, the debtor may sell or refinance real or personal property without further order of the court, upon approval of the chapter 13 trustee.

Page 2

7. **Additional Provisions**. The debtor(s) further propose, pursuant to 11 U.S.C. §1322(b):

I certify that this Chapter 13 Plan is a verbatim replica of the Chapter 13 Plan (Rev. 8/13/09), promulgated pursuant to B.L.R. 1007-1 and approved for use in the San Jose Division of the Northern District of California.

Respectfully submitted,

Dated: 02/22/2016               Signature: _____
                                                            (debtor)

Dated: _____          Signature: _____
                                                            (debtor)

Dated: _____          Signature: _____
                                                      (attorney for debtor(s))