```
Mark D. Estle, SBN 135004
Erica T. Loftis, SBN 259286
Buckley Madole, P.C.
12526 High Bluff Drive, Suite 238
San Diego, CA 92130
Telephone: 858-720-0890
Fax: 858-720-0092
Mark.Estle@BuckleyMadole.com

Attorney for THE BANK OF NEW YORK
MELLON F/K/A THE BANK OF NEW YORK as
successor to JP Morgan Chase Bank, N.A. as
Trustee for SAMI II Trust 2006-AR3
```

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Kim Narog,<br>dba Bridge Property Management, and<br>Leslie A. Narog, Non-filing Co-Debtor<br><br><br><br><br><br><br><br><br>Debtor. | Case No. 15-54015<br><br>Chapter 13<br><br>R.S. No. MDE-1663<br><br>**MOTION FOR RELIEF FROM<br>AUTOMATIC STAY**<br><br>Hearing:<br>Date:  5/17/2016<br>Time:  10:30 a.m.<br>Place: Courtroom 3099<br>           280 South First Street<br>           San Jose, CA 95113-3099 |

**TO THE HONORABLE STEPHEN L. JOHNSON, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor to JP Morgan Chase Bank, N.A. as Trustee for SAMI II Trust 2006-AR3 ("Movant") hereby moves this Court for an Order granting relief from the automatic stay under 11 U.S.C. § 362 as to the Debtor and Debtor's bankruptcy estate in the above-captioned matter so that Movant may enforce its remedies

against the property in accordance with applicable non-bankruptcy law on the real property commonly known as 4680 Meritage Ct, Gilroy, CA 95020-8849 (the "Property").

Attached are redacted copies of any documents that support the motion, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

Movant hereby moves this Court for an Order granting relief from the automatic stay on the following grounds:

1. **Pursuant to 11 U.S.C. § 362(d)(1), Movant's interest is not adequately protected as Debtor has failed to make post-petition payments:** The evidence establishes that Debtor has failed to make post-petition payments to Movant. Therefore, Movant's interest in the Property is not adequately protected.

2. **Pursuant to 11 U.S.C. § 1301, relief from Co-Debtor stay:** Leslie Narog is a Co-Debtor because he/she is one of the owners of record of the Property and is liable under the Contract. Movant requests relief from the co-debtor stay as to Leslie Narog.

Movant submits the attached Declaration and Memorandum of Point & Authorities, as well as other evidence attached hereto in support of its Motion.

**WHEREFORE**, Movant prays that this Court issues an Order as follows:

1. An Order Granting Relief from the Automatic Stay to allow Movant, its successors, transferees, and assigns, to proceed under applicable non-bankruptcy law to enforce its remedies against the Property.

2. The co-debtor stay of 11 U.S.C. § 1301 be terminated, modified or annulled as to the co-debtor, Leslie A. Narog, on the same terms and conditions as to the Debtor.

3. The Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

4. The 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

///
///
///
///

MOTION FOR RELIEF FROM AUTOMATIC STAY    2    5558-N-6607
Case: 15-54015    Doc# 47    Filed: 04/26/16    Entered: 04/26/16 15:42:52    Page 2 of 3

5. Movant, or its agents, may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout or loss mitigation agreement. Movant, through its servicing agent, may contact the Debtor by telephone or written correspondence to offer such an agreement. Any such agreement shall be nonrecourse unless stated in a reaffirmation agreement.

6. If relief from stay is not granted, Movant respectfully requests the Court to order adequate protection.

7. Any further relief as the Court deems just and proper.

Dated: 4/26/2016

Respectfully Submitted,
Buckley Madole, P.C.

By: /s/Mark D. Estle
Mark D. Estle
Attorney for Movant