```
 1  Mark D. Estle, SBN 135004
    Erica T. Loftis, SBN 259286
 2  Buckley Madole, P.C.
    12526 High Bluff Drive, Suite 238
 3  San Diego, CA 92130
 4  Telephone: 858-720-0890
    Fax: 858-720-0092
 5  Mark.Estle@BuckleyMadole.com
 6
    Attorney for THE BANK OF NEW YORK
 7  MELLON F/K/A THE BANK OF NEW YORK as
    successor to JP Morgan Chase Bank, N.A. as
 8  Trustee for SAMI II Trust 2006-AR3
```

## UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| In re: | Case No. 15-54015 |
|---|---|
| Kim Narog,<br>dba Bridge Property Management, and<br>Leslie A. Narog, Non-filing Co-Debtor | Chapter 13 |
| | R.S. No. MDE-1663 |
| | **NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Hearing:<br>Date:  5/17/2016<br>Time:  10:30 a.m.<br>Place: Courtroom 3099<br>       280 South First Street<br>       San Jose, CA 95113-3099 |
| Debtor. | |

**TO THE HONORABLE STEPHEN L. JOHNSON, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

///

///

///

///

**PLEASE TAKE NOTICE** that THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor to JP Morgan Chase Bank, N.A. as Trustee for SAMI II Trust 2006-AR3 ("Movant") has filed a Motion for Relief from Automatic Stay (the "Motion") in the above-captioned matter. The Motion will be heard before the Honorable Stephen L. Johnson on May 17, 2016 at 10:30 a.m. in Courtroom 3099 at the United States Bankruptcy Court located at 280 South First Street, San Jose, CA, 95113-3099. The Motion is based upon the attached Declaration, Memorandum of Points & Authorities, and Movant's Relief from Stay Cover Sheet, as well as other evidence attached hereto in support of the Motion.

Pursuant to Local Bankruptcy Rule 4001-1(a), Movant has filed and served its Motion with at least fourteen (14) calendar days prior to the hearing date. Respondents opposing the Motion shall appear personally or by counsel at the preliminary hearing. A respondent will not be required to, but may, file responsive pleadings, points and authorities, and declarations for any preliminary hearing.

If Debtor fails to appear at the hearing, either personally or by counsel, the Court may grant the requested relief.

Dated: 4/26/2016

Respectfully Submitted,
Buckley Madole, P.C.

By: /s/Mark D. Estle
Mark D. Estle
Attorney for Movant