Adam E. Hauf (Az State Bar No. 026702)
HAUF LAW PLC
4225 W. Glendale Ave. Ste A104
Phoenix, AZ 85051

FILED
MAY 17 2016
United States Bankruptcy Court
San Jose, California

RECEIPT # 54611016240

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re
NAROG, KIM

Debtor(s).

Case No. 15-54015
Chapter 13

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a)(29) and Civil L.R. 11-3, Adam E. Hauf, an active member in good standing of the bar of Arizona, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Kim Narog in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Melbourne Waddele (State Bar No. 34858),

827 State Street, Ste. 13, Santa Barbara, Ca 93101

1-(805)-966-1038

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/14/2016                         /s/ Adam E. Hauf

Case: 15-54015    Doc# 56    Filed: 05/17/16    Entered: 05/17/16 13:14:52    Page 1 of 1