

1  James A. McDaniel (State Bar No. 300041)
   jmcdaniel@terralaw.com
2  TERRA LAW LLP
   50 W. San Fernando St., Suite 1415
3  San Jose, California 95113
   Telephone:  (408) 299-1200
4  Facsimile:   (408) 998-4895

**The following constitutes**
**the order of the court. Signed May 20, 2016**

5  Attorneys for Creditor
   Quail Creek Estates Mutual Water Co
6
   **Stephen L. Johnson**
   **U.S. Bankruptcy Judge**
7

8                          UNITED STATES BANKRUPTCY COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11  In re:

12                                              Chapter 13
                                                Case No. 15-54015
13  NAROG, KIM                                  **ORDER GRANTING ADEQUATE**
                                                **PROTECTION**
14              Debtor.
                                                Date:   May 17, 2016
15                                              Time:   10:30 a.m.
                                                Place:  280 S. 1st Street
16                                                      Courtroom 3099
                                                        San Jose, CA 95113
17
                                                Judge:  Hon. Stephen L. Johnson
18

19       The motion of secured creditor Quail Creek Estates Mutual Water Company ("Quail Creek")

20  for an order granting relief from the automatic stay ("Motion") came on regularly for hearing on May

21  17, 2016 in the above entitled Court.  James A. McDaniel and David B. Draper appearing on behalf

22  of Quail Creek.  Debtor Kim Narog was present with Adam Hauf appearing *pro hac vice* and

23  Melbourne Weddle appearing telephonically to sponsor Mr. Hauf.  Upon consideration of the papers

24  submitted in support of the Motion, the argument of counsel at the hearing, and good cause

25  appearing therefore,

26       IT IS HEREBY ORDERED that debtor Kim Narog shall pay a deposit of $5,000 to Quail

27  Creek to provide adequate assurances of payment of debtor's post-petition monthly water bill.  This

28  deposit shall not be applied to any pre-petition amounts owing to Quail Creek.  Payment shall be

1 | made by cashier's check made payable to Quail Creek Estates Mutual Water Company and delivered
2 | to Terra Law LLP, 50 W. San Fernando St., Suite 1415, San Jose California 95113, on or before May
3 | 20, 2016.
4 |     The hearing on the Motion for Relief From Stay is continued to May 31, 2016 at 10:30 AM at
5 | the San Jose Courtroom 3099 of the above entitled Court.
6 |                              ***END OF ORDER***

Approved as to form:

**HAUF LAW, PLC**


__/s/ Adam Hauf_____
Adam Hauf
Attorney *pro hac vice* for
Debtor Kim Narog


## COURT SERVICE LIST

| Debtor: | Attorney *pro hac vice* for Debtor: |
| --- | --- |
| Kim Narog | Adam Hauf |
| 22425 Rancho Ventura Street | 4225 West Glendale Ave, Suite A-104 |
| Cupertino, CA  95014 | Phoenix, AZ 85051 |

4816-8428-0881, v. 1