CHRISTINA O, #266845
DANE W. EXNOWSKI, #281996
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)
Email: christinao@mclaw.org

Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>Kim Narog,<br>      Debtor.<br><br>U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, by Caliber Home Loans, Inc. as its attorney in fact<br>      Movant,<br>vs.<br><br>Kim Narog, Debtor, Leslie Narog, Co-Debtor, and Devin Derham-Burk, Trustee,<br>      Respondents. | Bankruptcy Case No. 15-54015<br><br>RS No. CJO-613<br><br>Chapter 13<br><br>**CERTIFICATE OF SERVICE**<br><br>HEARING DATE:<br>DATE: May 17, 2016<br>TIME: 10:30 AM<br>CTRM: 3099 |

  I, Tania Rodriguez, declare:

  1. I am a paralegal employed by the law firm of MALCOLM ♦ CISNEROS, A Law Corporation, in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, California 92612. I have first hand personal knowledge of the facts set forth below and if called upon to testify, I could and would do so competently and truthfully.

  2. On <u>June 13, 2016</u>, I served the following document described as:

- **ORDER TERMINATING AUTOMATIC STAY**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope

with postage thereon fully prepaid in the United States mail at Irvine, California, addressed as follows:

| **DEBTORS:**<br>Kim Narog<br>22425 Rancho Ventura Street<br>Cupertino, CA 95014 | **DEBTORS' ATTORNEY:**<br>PRO SE |
|---|---|
| **CHAPTER 13 TRUSTEE:**<br>Devin Derham-Burk<br>P.O. Box 50013<br>San Jose, CA 95150-0013 | |

**U.S. TRUSTEE:** Served via Notice of Electronic Filing

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 13, 2016, at Irvine, California.

*/s/ Tania Rodriguez*
TANIA RODRIGUEZ