Adam E Hauf, Esq., (026702)
Hauf Law, PLC
4225 W. Glendale Ave., Ste. A104
Phoenix, Arizona 85051
Telephone: (623) 252-0742
adam@hauflaw.com
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

**KIM NAROG,**

    Debtor.

**CHAPTER 13 PROCEEDINGS
CASE NO. 15-54015**

**EMERGENCY MOTION FOR ACCELERATED HEARING AND EMERGENCY MOTION FOR APPROVAL TO CONVERT TO A CHAPTER 11 CASE**

    Kim Narog, ("Debtor") by and through its undersigned counsel respectfully moves this Honorable Court on an emergency basis, pursuant to B.L.R. 9006-1 and Rule 9006(c) for an accelerated hearing on their Emergency Motion to Convert the Current Case under Chapter 11 of the Bankruptcy Code case for the reasons more fully set forth in the Memorandum of Points and Authority attached hereto and incorporated herein by reference.

    RESPECTFULLY SUBMITTED this 13th day of June, 2016.

                                              /s/ Adam E. Hauf
                                             Adam E. Hauf
                                             Hauf Law PLC
                                             4225 W. Glendale Ave. Ste. A104
                                             Phoenix, Az 85051

1

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. FACTUAL AND PROCEDURAL BACKGROUND

1. Pursuant to 28 U.S.C. §§1334 and 157, the Court has jurisdiction to hear this Motion. This Motion presents a core proceeding. See 28 U.S.C. §157(b). The relief requested herein is authorized by Bankruptcy Code §§363 and 105.

2. On December 22, 2015 Debtor filed a voluntary petition for relief pursuant to Chapter 13 of the United States Bankruptcy Code (the "Code").

3. The Debtor, having filed his case Pro Se, and having since retained counsel, now believes that he will more effectively reorganize under Chapter 11 of the Bankruptcy Code.

4. The Debtor now requests an Order converting this case to a Chapter 11 case pursuant to 11 U.S.C. § 1307(d). Pursuant to 11 U.S.C. § 1307(d), a party in interest may seek conversion at any time before confirmation of a plan and, after notice and a hearing, the court may convert the case to a case under Chapter 11. In this case, the Debtor believes he will be able to more effectively reorganize under Chapter 11 than under Chapter 13. Further, Debtor has made not previous requests to expedite these matters. Debtor also asserts that a Chapter 11 proceeding will more efficiently address the legal issues present in the current case.

5. Further, pending before this Court are several Motions seeking relief from the Automatic stay. Said motions have been specifically addressed by Debtor at Dkt. #72 and #66. The Debtor asserts that these motions will be rendered moot upon the conversion of the case under Chapter 11 of the Bankruptcy Code.

**WHEREFORE**, Debtor requests this Court to enter an Order:

A – Setting an emergency hearing for the purpose of hearing Debtor's Motion to Convert this Case to a Chapter 11 Case;

B – Order Granting conversion of the Case under Chapter 11 of the Bankruptcy Code.

C – Granting Debtor such other and further relief as the Court deems just and proper.

RESPECFULLY SUBMITTED this 17th day of September, 2010.

                                /s/ Adam E. Hauf
                                Adam E. Hauf
                                Hauf Law PLC
                                4225 W. Glendale Ave. Ste. A104
                                Phoenix, Az 85051

Original filed this 13th day of June, 2016.

Copy of the foregoing Motion
emailed or mailed this 14th day
of June, 2016, to:

All creditors and interested pertaining to this Bankruptcy

By: /s/ Deanna Cresta
     Deanna Cresta