

The following constitutes
the order of the court. Signed June 14, 2016

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>KIM NAROG,<br><br>             Debtor | Case No.: 15-54015 SLJ<br><br>Chapter 13 |

## ORDER DENYING EMERGENCY MOTION
## FOR ACCELERATED HEARING

      Debtor filed an Emergency Motion for Accelerated Hearing and Emergency Motion for Approval to Convert to Chapter 11 on June 13, 2016 (docket 73). The motion is denied. The court concludes this is a request to shorten time that fails to comply with B.L.R. 9006-1. It also seems to be a request for immediate relief, e.g., unilateral conversion to chapter 11 on Debtor's request.

      The motion is not accompanied by a proof of service (on anyone), nor a declaration indicating Debtor's counsel's attempts to contact interested parties to see if they object to an

ORDER       1

order shortening time.  No basis is stated for ex parte relief.  No basis is stated for an order shortening time.

      Counsel should review and comply with B.L.R. 9006-1 and 11 U.S.C. § 1307(d) (relief may be ordered "*after notice and a hearing*") (emphasis added) before filing another motion.

      IT IS SO ORDERED.

*** END OF ORDER***

ORDER 2

**COURT SERVICE LIST**

ECF Parties by Electronic Means Only