The following constitutes
the order of the court. Signed June 14, 2016

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

1  Christina J. O, #266845
2  Dane W. Exnowski, #281996
   Malcolm ♦ Cisneros, A Law Corporation
3  2112 Business Center Drive, 2nd Floor
   Irvine, California 92612
4  (Telephone) (949)252-9400
   (Facsimile) (949)252-1032
5  Email: christinao@mclaw.org
6
   Attorneys for Movant
7
8
9              UNITED STATES BANKRUPTCY COURT
10         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
11
   In re                                    Bankruptcy Case No. 15-54015
12
   Kim Narog,                               RS No. CJO-613
13                      Debtor.
   U.S. Bank Trust, N.A., as Trustee for LSF9    Chapter 13
14 Master Participation Trust, by Caliber Home
   Loans, Inc. as its attorney in fact
15                      Movant,             **ORDER TERMINATING AUTOMATIC STAY**
16 vs.
                                            HEARING DATE:
17 Kim Narog, Debtor, Leslie Narog, Co-Debtor, and   DATE: May 17, 2016
   Devin Derham-Burk, Trustee,              TIME: 10:30 AM
18                      Respondents.        CTRM: 3099
19
20
21         A Motion For Relief From The Automatic Stay was noticed in the within matter
22 and filed by U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, by Caliber
23 Home Loans Inc., as its attorney in fact, and its successors and/or assignees ("Movant"). Said
24 Motion was heard before the Honorable Stephen L. Johnson, United States Bankruptcy Judge on
25 April 28, 2016.
26         The Court having read the various pleadings, documents and proceedings herein
27 and proper service having been made, and having found cause to terminate the automatic stay
28 herein, hereby makes its Order as follows:

IT IS HEREBY ORDERED that in regard to the real property located at **22425 Rancho Ventura Street, Cupertino, CA 95014**, should Debtors not complete a sale of the property within ninety (90) days of the hearing held on this Motion the automatic shall terminate on August 16, 2016. The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived. The co-debtor stay is hereby terminated pursuant to § 1301 of the Bankruptcy Code with respect to non-debtor Leslie Narog.

Approved as to form and content:
Dated: June 13, 2016

*/s/Adam Hauf*
Adam Hauf
Attorney for Debtors

** END OF ORDER **

COURT SERVICE LIST