Adam E. Hauf
HAUF LAW PLC
4225 W. Glendale Ave., Suite A104
Phoenix, Arizona 85051
P: 623.252.0742 F: 623.321.2310
admin@hauflaw.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

NAROG, KIM,

Debtor.

In Chapter 13 Proceedings
Case No.: 15-54015

NOTICE OF EMERGENCY MOTION FOR ACCELERATED HEARING ON EMERGENCY MOTION FOR APPROVAL TO CONVERT TO A CHAPTER 11 CASE

NOTICE IS HEREBY GIVEN that Kim Narog, ("Debtor") by and through its undersigned counsel, has moved the Court on an emergency basis, pursuant to B.L.R. 9006-1 and Rule 9006(c), for an accelerated hearing on his Emergency Motion to Convert the Current Case to a Chapter 11 Case ("Motion") for the reasons more fully set forth in the Motion which is being filed concurrently herewith, noticed to the parties in interest this date and which is incorporated herein by reference.

NOTICE IS FURTHER GIVEN that any party in interest wishing to object to the Court's scheduling of an accelerated hearing to consider the Motion must do so in writing immediately upon receipt of this notice with the clerk of the above-captioned Court located at 280 South First Street, Room 3035, San Jose, CA 95113-3099. If no objections

1

are received, the Court may grant the requested relief without further notice to any party in interest.

Dated this 8th day of July, 2016.

                              HAUF LAW PLC

                              By:   /s/ Adam E. Hauf
                              Adam E. Hauf, Esq., (026702)
                              Attorneys for Debtor