Adam E. Hauf
Hauf Law PLC,
4225 W. Glendale Ave. Ste. A104
Phoenix, Arizona 85051
P: 623.252.0742 F: 623.321.2310
admin@hauflaw.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re: | In Chapter 13 Proceedings |
|---|---|
| NAROG, KIM, | Case No.: 15-54015 |
| Debtor. | **DECLARATION OF KIM NAROG REGARDING FINANCIAL REPORTS SUBMITTED IN SUPPORT OF AMENDED MOTION TO CONVERT TO A CHAPTER 11 CASE** |

Kim Narog, Debtor herein ("Debtor"), does hereby declare and state as follows:

1. I personally prepared the financial reports submitted contemporaneously herewith in support of, and as exhibits to, my amended motion to convert my Chapter 13 proceeding to a Chapter 11 case. As such, I have personal knowledge of their contents and, if called to testify thereto, I could competently do so.

2. Said financial reports specify (1) the monthly rental amount for each real property; (2) how much I have actually collected in rental income for each real property since the filing of this case, and; (3) the current amount of cash I am presently holding.

/ / /

1

I declare under penalty of perjury that to the best of my personal knowledge the foregoing is true and correct.

RESPECFULLY SUBMITTED this 28th day of July, 2016.


By: <u>Kim Narog</u>
     Debtor